IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CHRISTIAN JENNINGS,<br>    Plaintiff,<br><br>v.<br><br>TOWERS WATSON, an entity,<br>a/k/a WILLIS TOWERS WATSON PLC,<br>    Defendant. | §<br>§<br>§<br>§   Civil Action No. 3:17-CV-3040-S<br>§<br>§<br>§<br>§ |

## ORDER ACCEPTING THE FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge Renée Harris Toliver made findings, conclusions and a recommendation, as well as supplemental findings, conclusions and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions and recommendations for plain error. Finding none, the Court accepts the Findings, Conclusions and Recommendation and the Supplemental Findings, Conclusions and Recommendation of the United States Magistrate Judge. Defendant's Motion to Dismiss for Failure to State a Claim, Doc. 19, is **GRANTED IN PART** and Plaintiff's civil conspiracy claim is **DISMISSED WITH PREJUDICE**.

SO ORDERED this 29th day of May, 2018.

_____
KAREN GREN SCHOLER
UNITED STATES DISTRICT JUDGE