IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHRISTIAN JENNINGS, | § | |
|     PLAINTIFF, | § | |
| | § | |
| V. | § | CASE NO. 3:17-CV-3040-S-BK |
| | § | |
| TOWERS WATSON, AN ENTITY, | § | |
| A/K/A WILLIS TOWERS | § | |
| WATSON PLC, | § | |
|     DEFENDANT. | § | |

ORDER ACCEPTING THE FINDINGS, CONCLUSIONS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge Renée Harris Toliver made findings, conclusions and a recommendation in this case. Objections were filed on August 12, 2019, and September 11, 2019 [ECF Nos. 84, 90]. The Court has made a de novo review of those portions of the proposed findings, conclusions and recommendation to which objections were made. The objections are overruled and the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Defendant's *Motion for Summary Judgment*, Doc. 72, is **GRANTED**, Plaintiff's *Motion for Summary Judgment*, Doc. 70, is **DENIED**, and Plaintiff's initial *Motion for Summary Judgment*, Doc. 51, is **DENIED AS MOOT**.

**SO ORDERED.**

SIGNED September *12*, 2019.

_____
UNITED STATES DISTRICT JUDGE